UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20298-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JORGE INFANTE,
_____/

## ORDER CONTINUING TRIAL AND SETTING STATUS CONFERENCE

This matter came before the Court on July 23, 2008 for Status Conference with new defense counsel, Victor Rocha. Mr. Rocha informed the Court that he could not be ready for trial by the proposed September date. Therefore, it is

ORDERED as follows:

1. The trial of this matter is continued to **November 12, 2008 at 10:00 a.m.** with Calendar Call to be held on **November 5, 2008, at 1:15 p.m.**

2. A Status Conference is set for **August 11, 2008, at 8:45 a.m.**, at which time the Defendant shall inform the Court whether he will enter a change of plea.

3. If the Defendant enters into a change of plea, the undersigned will take the plea in the above case and Case No. 08-20582-Cr-Seitz, which was transferred to the undersigned for the purpose of plea only. If the Defendant chooses not to change his plea, Case No. 08-20582-Cr-Seitz will be transferred back to Judge Graham for trial.

DONE AND ORDERED in Miami, Florida, this 30 day of July, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
The Honorable Donald L. Graham